## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Criminal Action No. 02-cr-00492-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

1.  QUOC A. DO,

    Defendant.

## ORDER QUASHING WARRANT AND CONTINUING SUPERVISION

**Blackburn, J.**

THIS MATTER is before the Court on a report from the probation officer that defendant allegedly violated his terms of supervised release on November 13, 2009, by his failure to participate in drug treatment, as well as an alleged new law violation filed in Adams County District Court, Case Number 2010CR2737, in which the defendant was charged on September 21, 2010, by the Adams County Sheriff's Department with: 1) Attempted First Degree Murder After Deliberation; 2) Aggravated Robbery - Menacing Victim with Weapon; 3) Aggravated Robbery - Menacing Victim with Weapon; 4) Second Degree Assault - Cause Injury with a Deadly Weapon, and Violent Crime - Used Weapon.  On January 11, 2012, the Adams County Court case was dismissed. Consequently, it is

ORDERED that the petition for violation of supervised release, dated the 1st day of October, 2010, is hereby dismissed, and the warrant is quashed.  It is

FURTHER ORDERED that the defendant is continued on supervision under the same terms and conditions. The Court

FURTHER ORDERS that the defendant be released immediately from the custody of the United States Marshals Service.

Dated January 13, 2012, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge